IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PASTORI M. BALELE,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO.,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-140-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant Sears, Roebuck and Co.'s motion to dismiss and dismissing this case with prejudice.

_____    _12/3/12_
Peter Oppeneer, Clerk of Court          Date