## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

PASTORI M. BALELE,

     Plaintiff,

                                      JUDGMENT IN A CIVIL CASE

v.                                          12-cv-140-slc

SEARS, ROEBUCK AND CO.,

     Defendant.

---

     This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant Sears, Roebuck and Co.'s motion to dismiss and dismissing this case with prejudice.

        *Peter Oppeneer*           12/3/12

        Peter Oppeneer, Clerk of Court          Date